JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARI BARNETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDEX CORP., CYNTHIA BROWN, and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | Case No. CV14-01236 MMM (JCG)<br><br>(Los Angeles County Superior Court Case No. BC530521)<br><br>**[~~PROPOSED~~] ORDER OF REMAND TO STATE COURT**<br><br>Complaint Filed: December 13, 2013<br>Trial Date: Not Set |

Pursuant to Stipulation to Remand filed by the parties herein, the Court hereby orders the action remanded to State Court.

**IT IS SO ORDERED**.

Dated: March 18, 2014   　　By: _/s/ Margaret M. Morrow_
　　　　　　　　　　　　　　　　HON. MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1045899 (60-14592)

1

[PROPOSED] ORDER OF REMAND TO STATE COURT
CV14-01236 MMM (JCG)

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614